2014 OK 98

**Robin E. WILLIAMS, Janet Uhrhan, Sherri Lynn Rogers, Melvin D. Barrow, Tommy R. Hayden, and Sherry Eloise Joseph, Petitioners,**

v.

**WORKERS' COMPENSATION COMMISSION, State of Oklahoma, Respondent.**

No. 113270.

Supreme Court of Oklahoma.

Nov. 17, 2014.

As Corrected Nov. 19, 2014.

### ORDER

¶ 1 Original jurisdiction is assumed. Art. 7 § 4, Okla. Const. Let the writs of mandamus and prohibition issue. Respondent, Workers' Compensation Commission ("Commission"), shall provide a stenographer for stenographic reporting of all hearings before the Commission as required by 85A O.S. Supp.2013, § 72(B)(1)(a). To the extent that Emergency Rule 810:10–5–48(d) conflicts with the requirements of 85A O.S. Supp.2013, § 72(B), the Commission is prohibited from providing only an audio recording of all hearings, in lieu of a stenographer.

DONE BY THE ORDER OF THE SUPREME COURT IN CONFERENCE THIS17th DAY OF NOVEMBER, 2014.

COLBERT, C.J., REIF, V.C.J., KAUGER, EDMONDSON, COMBS, and GURICH, JJ., concur.

WATT, J., concurs in part and dissents in part.

WINCHESTER and TAYLOR, JJ., dissent.